**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | | **CRIMINAL NO. 24 -** |
| v. | : | |
| | | **DATE FILED: March 19, 2024** |
| **LEE E. MOORE, JR.** | : | |
| | | **VIOLATION:** |
| | : | **18 U.S.C.§ 1791(a)(1), (b)(4) (providing contraband in prison – 1 count)** |
| | : | |
| | | **Consent to Proceed Before United States Magistrate Judge** |

**MISDEMEANOR INFORMATION**

**COUNT ONE**

**THE UNITED STATES ATTORNEY CHARGES THAT:**

From in or about May 2020 to in or about June 2020, in the Eastern District of Pennsylvania, defendant

**LEE E. MOORE, JR.,**

contrary to Title 28, Code of Federal Regulations, Section 6.1, knowingly provided and attempted to provide prohibited objects, that is, mobile phones, to J.R., an inmate of Federal Detention Center Philadelphia ("FDC Philadelphia"), in which persons are held in custody by direction of the Attorney General of the United States, and did so and attempted to do so without the knowledge and consent of the warden of FDC Philadelphia.

In violation of Title 18, United States Code, Section 1791(a)(1), (b)(4).

*Christine E. Ayles for*
_____
**JACQUELINE C. ROMERO**
**UNITED STATES ATTORNEY**

*No.*\_ \_ \_ \_ \_ \_ \_ \_ \_ \_

**UNITED STATES DISTRICT COURT**

Eastern District of Pennsylvania

Criminal Division

THE UNITED STATES OF AMERICA

vs.

LEE E. MOORE, JR.

INFORMATION
Counts
18 U.S.C. § 1791(a)(1), (b)(4) (providing contraband in prison)

A true bill.

_____
Foreman

Filed in open court this _____day,
Of _____A.D. 20_____
_____
Clerk

Bail, $_____